UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CR-21010-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS RODRIGUEZ,

    Defendant.
_____/

## ORDER ON NEBBIA CONDITION

In consideration of the stipulation of the parties regarding the Nebbia requirements imposed by the Court as a condition of release of the Defendant, Carlos Rodriguez,

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, having satisfied the Nebbia condition, may proceed to post his bond heretofore set by the Court.

_____
United States Magistrate Judge
ROBERT L. DUBÉ

cc:  Arturo V. Hernandez, Esq.
     Aurora Fagan, AUSA