UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21010-CR-JEM

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.

CARLOS RODRIGUEZ,

       Defendant.

_____/

## GOVERNMENT'S MOTION TO AMEND JUDGMENT

The United States of America, by and through the undersigned Assistant United States Attorney and Senior Trial Attorneys, hereby submits its Motion to Correct the Judgment entered in this case, and in support thereof, states the following:

1. On October 25, 2011, this Court sentenced the Defendant to a term of imprisonment of 84 months after Defendant was convicted by a jury after trial on all 21 counts of the Indictment. The Court indicated that the sentence would be, *inter alia,* 60 months imprisonment on Counts 1-8, which involved convictions for Conspiracy to Commit FCPA violations and wire fraud, and seven counts of violating the FCPA. The Court then imposed a term of imprisonment of 24 months on Counts 9 through 21, which involved convictions for Conspiracy to Commit Money Laundering and substantive Money Laundering violations.

2. It is the government's recollection that the Court ruled that the 24 months of imprisonment imposed on Counts 9-21 should run <u>consecutively</u> to the 60 months imposed for Counts 1-8, making a total sentence of 84 months imprisonment. The judgment as currently entered reads: "The term consists of terms of 60 months as to each of Counts 1 through 8 and terms of 24 months as to each of Counts 9 through 21, *all to be served concurrently*." (Emphasis added.) The

government respectfully asks that the judgment be amended to the following language, which is similar the language used in the judgment for co-defendant Joel Esquenazi: "The term consists of terms of 60 months as to Counts 1 through 8, to be served concurrently to each other, and 24 months as to Counts 9 through 21, *to be served concurrently to each other and **consecutively** to the term imposed as to Counts 1 through 8.*" (Emphasis added.)

3. Undersigned counsel called the office of Mr. Hernandez and the cell phone of Ms. Anderson to obtain defense counsel's position on the instant Motion, but both counsel were unavailable at the time of this filing.

**WHEREFORE,** the government respectfully requests that the Court grant its Motion to Correct the Judgment in accordance with the language outlined herein.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    Nicola J. Mrazek
    James M. Koukios
    Senior Trial Attorneys
    FRAUD SECTION, CRIMINAL DIVISION
    U.S. DEPARTMENT OF JUSTICE

By:     S/Aurora Fagan
    Aurora Fagan
    Assistant United States Attorney
    Florida Bar Number: 188591
    500 S. Australian Avenue
    Suite 400
    West Palm Beach, FL 33401
    Tel: (561) 820-8711
    Fax: (561) 802-1787

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court and defense counsel through the CM/ECF system this 27th day of October, 2011.

                                                  S/Aurora Fagan

AURORA FAGAN
ASSISTANT U.S. ATTORNEY