UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOEL ESQUENAZI, et al.,

    Defendants.
_____/

### ORDER DENYING MOTION FOR STAY OF ORDER TO SURRENDER PENDING APPEAL OF MAGISTRATE'S DENIAL OF BOND

THIS CAUSE came before the Court upon Defendant Carlos Rodriguez's Motion for Stay of Order to Surrender Pending Appeal of Magistrate's Denial of Bond (D.E. No. 648). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Defendant Carlos Rodriguez's Motion for Stay of Order to Surrender Pending Appeal of Magistrate's Denial of Bond (D.E. No. 648) is **DENIED.**

This Court has reviewed and considered the entire record and presided over Mr. Rodriguez's trial. This Court does not believe that a stay of the Order to Surrender should be permitted pending appeal of the Magistrate Judge's denial of bond. Although this Court stated that it thought Mr. Rodriguez had a chance to win on appeal, that does not mean he *will* win on appeal. It simply means that Mr. Rodriguez has an arguable position and would not be bringing a frivolous appeal. Mr. Rodriguez should begin serving his sentence in compliance with the Notice of Surrender.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of November, 2011.

                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Robert L. Dubé
All Counsel Of Record