# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

Date:   November 9, 2011

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

11-15331-C

IN RE:          District Court No.:   09-CR-21010-JEM          U.S.C.A. No.:

          Style:   USA v. CARLOS RODRIQUEZ

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal:     YES |

FILED by _____ D.C.

NOV 29 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Date(s) of other notice(s):

_____ volume(s) of pleadings;  _____ volume(s) of transcripts;

_____ volume(s) of exhibits/depositions; other:

_____   There was no hearing from which a transcript could be made.

X   Copy of ORDER OF FORFEITURE, (2) JUDGMENTS, ORDER DENYING MOTION FOR BOND and ORDER enclosed.

_____   The following materials were SEALED in this court (order enclosed):

X   The appellate docket fee has been paid     YES

Date paid     11/9/2011     Receipt No.     FLS100028
                                                      349

_____   Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed)

X   The Judge or Magistrate appealed from is:     JOSE E. MARTINEZ

X   The Court Reporter(s):     LARRY HERR

_____   This is an appeal of a bankruptcy order.

Bankruptcy Judge:

_____   This is a DEATH PENALTY appeal.

Sincerely,

Steven M. Larimore,  Clerk of Court

By: _____
                Deputy Clerk

c:      court file

| | | | | |
|---|---|---|---|---|
| ☑ 400 N. Miami Avenue Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |