UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS RODRIGUEZ,

    Defendant.
_____/

## AMENDED ORDER ON MOTION FOR BOND PENDING APPEAL

THIS CAUSE is before the Court on the Motion for Bond Pending Appeal by the Defendant (D.E. #585) pursuant to an Order Granting in Part and Denying in Part Carlos Rodriguez's Motion for Reconsideration with Respect to Order Denying Magistrate's Text Order Denying Motion for Bond Pending Appeal entered by the Honorable Jose E. Martinez. (D.E. #660). Specifically, Judge Martinez has referred this matter back to the undersigned for a ruling to include specific reasons for this Court's prior order (D.E. #632) denying the Defendant's Motion for Bond. After once again reviewing the motion, the response by the Government and the file in this cause, this Court will specifically state its reasons for previously denying the Defendant's Motion for Bond Pending Appeal.

The Defendant must demonstrate all four factors listed in 18 U.S.C. § 3143(b) in order to be released on bond pending his appeal. In pertinent part, 18 U.S.C. § 3143(b) states, as follows:

> **b) Release or detention pending appeal by the defendant.--(1)** Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained, unless the judicial officer

finds–

1. **(A)** by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under **section 3142(b)** or **(c)** of this title; and

**(B)** that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in--

**(i)** reversal,

**(ii)** an order for a new trial,

**(iii)** a sentence that does not include a term of imprisonment, or

**(iv)** a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process

As mentioned by the Defendant and the Government, this Court agrees with the parties that Mr. Rodriguez has satisfied two of the four requirements of 18 U.S.C. § 3143(b). Specifically, this Court finds that Mr. Rodriguez is not a risk of flight or does not pose a danger to the community; and that the appeal is not for the purpose of delay. However, this Court does not find that the Defendant has satisfied the third and fourth requirements of 18 U.S.C. § 3143(b).

This Court has also reviewed the Defendant's points of contention with respect to what he believes are "substantial issues" on appeal (D.E. #585, pages 4-5), and finds that the Statutes' third and fourth requirements are simply not satisfied. Consequently, since this appeal does not raise a substantial question of law or fact that is likely to result in a reversal or a new trial on all of the counts of which he was convicted, this Court is without authority to grant him the relief he has requested.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Motion for Bond Pending Appeal by the Defendant (D.E. #585) is **DENIED**.

**DONE AND ORDERED** this __30__ day of November, 2011.

                                           ROBERT L. DUBÉ
                                           UNITED STATES MAGISTRATE JUDGE